```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                         NORTHERN DIVISION
```

LYNDELL MARCELL PRITCHARD                                   PETITIONER

VS.                              CIVIL ACTION NO. 3:15CV357TSL-RHW

SHERIFF BILLY SOLLIE                                        RESPONDENT

<u>ORDER</u>

    This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on December 11, 2015, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

    IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on December 11, 2015, be, and the same is hereby adopted as the finding of this court, and the petition for writ of habeas corpus[1] is hereby dismissed with prejudice.

    It is further ordered that a certificate of appealability should not issue.  Petitioner has failed to demonstrate that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right" and that "jurists of reason would find it debatable whether [this]

---

    [1] As observed by the magistrate judge, Pritchard's filing is properly construed as a motion brought pursuant to 28 U.S.C. § 2241, and not § 2254.

court was correct in its procedural ruling."  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 14th day of February, 2016.


                                     /s/ Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE